

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York  10007*

October 1, 2021

**MEMORANDUM ENDORSED**

**BY EMAIL**

The Honorable Valerie E. Caproni
United States District Judge
Southern District of New York
United States Courthouse
40 Foley Square
New York, New York 10007

    Re:    <u>United States v. Jonathan Garcia, a/k/a "Jayo,"</u> S6 19 Cr. 862 (VEC)

Dear Judge Caproni:

    The Government writes to respectfully request that the Court unseal the above-referenced superseding indictment, S6 19 Cr. 862.  We have been advised that the defendant named in the superseding indictment, Jonathan Garcia, a/k/a "Jayo," was arrested this afternoon and is currently in custody.   The Government does not anticipate that the charges against Garcia will impact the schedule as to the previously charged defendants in this case.

Respectfully submitted,

AUDREY STRAUSS
United States Attorney

By  _____
    AUSA David J. Robles
    212-637-2550

So Ordered.

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge
October 1, 2021