USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/06/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X

UNITED STATES OF AMERICA                  :

                                              :          19-CR-862 (VEC)

        -against-                         :

                                              :          ORDER

JONATHAN GARCIA,                          :

                                              :

                       Defendant.         :

------------------------------------------------------------ X

VALERIE CAPRONI, United States District Judge:

        WHEREAS on October 1, 2021, Mr. Garcia was presented before Magistrate Judge

Gorenstein, Dkt. 574; and

        WHEREAS Mr. Garcia is scheduled to be arraigned on Wednesday, October 20, 2021 at

11:00 A.M., Dkt. 579;

        IT IS HEREBY ORDERED that the arraignment and an initial pretrial conference is

adjourned to **Wednesday, October 20, 2021 at 2:00 P.M.**  The proceeding will be held in

Courtroom 443 of the Thurgood Marshall United States Courthouse, located at 40 Foley Square,

New York, New York 10007.

        IT IS FURTHER ORDERED that per the SDNY COVID-19 COURTHOUSE ENTRY

PROGRAM, any person who appears at any SDNY courthouse must complete a questionnaire

and have his or her temperature taken.  Please see the enclosed instructions.  Completing the

questionnaire ahead of time will save time and effort upon entry.  Only those individuals who

meet the entry requirements established by the questionnaire will be permitted entry.  Please

contact chambers promptly if you or your client do not meet the requirements.

        IT IS FURTHER ORDERED that any person who appears at any SDNY courthouse must

comply with Standing Order M10-468 (21-MC-164), which further pertains to courthouse entry.

IT IS FURTHER ORDERED that interested members of the public may attend by dialing

1-888-363-4749, using the access code 3121171 and the security code 0862.  All of those

accessing the hearing are reminded that recording or rebroadcasting of the proceeding is

prohibited by law.


**SO ORDERED.**

**Dated: October 6, 2021**
      **New York, NY**
                                        **VALERIE CAPRONI**
                                        **United States District Judge**

**Instructions for Courthouse Entry**

All members of the public, including attorneys, appearing at a Southern District of New York courthouse must complete a questionnaire and have their temperature taken before being allowed entry into that courthouse.

On the day you are due to arrive at the courthouse, click on the following weblink to begin the enrollment process. Follow the instructions and fill out the questionnaire. If your answers meet the requirements for entry, you will be sent a QR code to be used at the SDNY entry device at the courthouse entrance.

Weblink: https://app.certify.me/SDNYPublic

Note: If you do not have a mobile phone or mobile phone number, you must complete the questionnaire and temperature screening at an entry device at the courthouse.