USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/31/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
  UNITED STATES OF AMERICA       :
                                               :      19-CR-862 (VEC)
            -against-               :
                                               :      ORDER
  JONATHAN GARCIA,                :
                                               :
                          Defendant.    :
------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

       WHEREAS a status conference in this matter is currently scheduled for Thursday, March 10, 2022 at 3:00 P.M., Dkt. 594.

       IT IS HEREBY ORDERED that a joint update on the status of the case is due no later than **Friday, March 4, 2022**.

**SO ORDERED.**

**Dated: January 31, 2022**
       **New York, NY**

                                                       _____
                                                       **VALERIE CAPRONI**
                                                       **United States District Judge**

**Instructions for Courthouse Entry**

All members of the public, including attorneys, appearing at a Southern District of New York courthouse must complete a questionnaire and have their temperature taken before being allowed entry into that courthouse.

On the day you are due to arrive at the courthouse, click on the following weblink to begin the enrollment process. Follow the instructions and fill out the questionnaire. If your answers meet the requirements for entry, you will be sent a QR code to be used at the SDNY entry device at the courthouse entrance.

Weblink: https://app.certify.me/SDNYPublic

Note: If you do not have a mobile phone or mobile phone number, you must complete the questionnaire and temperature screening at an entry device at the courthouse.