Case 1:19-cr-00862-VEC   Document 961   Filed 05/16/23   Page 1 of 1

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 05/16/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | S6 19 Cr. 862 (VEC) |
| -v.- | : | |
| | : | |
| JONATHAN GARCIA, | : | ORDER |
| | : | |
| **Defendant.** | : | |

------------------------------------------------------------------X

Upon the application of the defendant, Jonathan Garcia by and through his attorneys, Mark S. DeMarco and Ezra Spilke, it is hereby:

**ORDERED**, that the Bureau of Prisons, Metropolitan Detention Center "MDC," accept the following clothing, and any additional substitute clothing items, for Jonathan Garcia, Register Number 67700-509, in advance of his trial scheduled to begin on Monday, June 12, 2023, and continue for approximately two weeks.

1. Three pairs of pants
2. Three dress/ button-down shirts
3. Three undershirts
4. Two suit/sport jackets
5. Three ties
6. One pair of dress shoes
7. Four pairs of socks

**ORDERED**, that the MDC permit Mr. Garcia to wear such clothing and that the U.S. Marshal Service accept and transport Mr. Garcia to Court wearing such clothing on June 12, 2023, and any date thereafter until his trial is concluded.

Dated: New York, New York
     May  16 , 2023

SO ORDERED:

*Valerie Caproni* (signature)
Hon. Valerie E. Caproni, USDJ