```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 06/06/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
UNITED STATES OF AMERICA         :
                                 :    19-CR-862 (VEC)
         -against-               :
                                 :    ORDER
JONATHAN GARCIA,                 :
                                 :
                  Defendant.     :
------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

WHEREAS the final pretrial conference in this matter is scheduled for Thursday, June 8, 2023, at 2:30 P.M.; and

WHEREAS this time is no longer convenient for the Court.

IT IS HEREBY ORDERED that the final pretrial conference in this matter is adjourned to **Thursday, June 8, 2023 at 4:00 P.M.** in Courtroom 443 of the Thurgood Marshall United States Courthouse, located at 40 Foley Square, New York, New York 10007.

**SO ORDERED.**

**Dated: June 6, 2023**
  **New York, NY**                             _____
                                               **VALERIE CAPRONI**
                                               **United States District Judge**