```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 06/09/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
  UNITED STATES OF AMERICA         :
                                                   :           19-CR-862 (VEC)
        -against-                         :
                                                   :          <u>ORDER</u>
  JONATHAN GARCIA,                      :
                                                   :
                          Defendant.   :
------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

      IT IS HEREBY ORDERED that the parties are ordered to submit a list of people and places that they seek to include in the voir dire questionnaire by **2:00 P.M. on Friday, June 9, 2023**.

**SO ORDERED.**

**Dated: June 9, 2023**
     **New York, NY**                                      _____
                                                   **VALERIE CAPRONI**
                                                   **United States District Judge**