USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 06/15/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X

UNITED STATES OF AMERICA         :
                                 :   19-CR-862 (VEC)
        -against-                :
                                 :   ORDER
JONATHAN GARCIA,                 :
                                 :
                    Defendant.   :

------------------------------------------------------------ X

VALERIE CAPRONI, United States District Judge:

WHEREAS on June 15, 2023, Mr. Garcia was found guilty on all open counts of the Superseding Indictment (S6).

IT IS HEREBY ORDERED that sentencing shall take place on **Tuesday, October 17, 2023, at 10:30 A.M.** in Courtroom 443 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York, 10007. Sentencing submissions are due on **October 3, 2023**.

IT IS FURTHER ORDERED that any post-trial motions are due on **July 28, 2023**. The Government's response to any pos-trial motions is due **August 25, 2023**, and the Defendant's reply is due **September 15, 2023**.

**SO ORDERED.**

Dated: June 15, 2023
       New York, NY

_____
**VALERIE CAPRONI
United States District Judge**