```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 08/18/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
UNITED STATES OF AMERICA                :
                                        :     19-CR-862 (VEC)
        -against-                       :
                                        :     ORDER
JONATHAN GARCIA,                        :
                                        :
                        Defendant.      :
------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

WHEREAS on August 8, 2023, and August 17, 2023, Probation informed the Court that Mr. Garcia declined to be interviewed by Probation for the Presentence Investigation Report ("PSR"); and

WHEREAS Probation informed the Court that they would attempt to interview Mr. Garcia a third time on August 29, 2023, and requested an adjournment of the deadlines for the initial and final disclosure of the PSR.

IT IS HEREBY ORDERED that the Court APPROVES Probation's request for an adjournment of the PSR disclosure schedule. If Mr. Garcia refused to be interviewed by Probation a third time, the Court will take his unexplained recalcitrance into account at the time of sentence.

**SO ORDERED.**

**Dated: August 18, 2023**
       **New York, NY**                         _____
                                                **VALERIE CAPRONI**
                                                **United States District Judge**