USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 09/22/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X
UNITED STATES OF AMERICA                  :
                                          :        19-CR-862 (VEC)
        -against-                         :
                                          :        ORDER
JONATHAN GARCIA,                          :
                                          :
                        Defendant.        :
------------------------------------------------------------ X

VALERIE CAPRONI, United States District Judge:

WHEREAS a sentencing hearing in this matter is currently scheduled for October 17, 2023; and

WHEREAS this time is no longer convenient for the Court.

IT IS HEREBY ORDERED that Mr. Garcia's sentencing hearing is ADJOURNED to **Thursday, November 16, 2023, at 11:00 A.M.** in Courtroom 443 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York, 10007. Sentencing submissions are due on **November 2, 2023**.

**SO ORDERED.**

Dated: September 22, 2023
       New York, NY

_____
**VALERIE CAPRONI**
**United States District Judge**