USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/08/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X

UNITED STATES OF AMERICA   :

       -against-   :   19-CR-862 (VEC)

    :   ORDER

JONATHAN GARCIA,   :

             Defendant.   :

------------------------------------------------------------ X

VALERIE CAPRONI, United States District Judge:

    WHEREAS Mr. Garcia's sentencing is currently scheduled for Tuesday, December 19, 2023, at 3:30 P.M.; and

    WHEREAS that time is no longer convenient for the Court;

    IT IS HEREBY ORDERED that Mr. Garcia's sentencing is adjourned until **Thursday, January 18, 2024, at 2:30 P.M.**

**SO ORDERED.**

Dated: December 8, 2023
      New York, NY

                                                                 **VALERIE CAPRONI**
                                                                  **United States District Judge**