USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 02/08/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ X
   UNITED STATES OF AMERICA            :

                                           :      19-CR-862 (VEC)
          -against-                      :

                                           :      ORDER
   JONATHAN GARCIA,                   :

                                           :
                           Defendant.    :
------------------------------------------------------------ X

VALERIE CAPRONI, United States District Judge:

      WHEREAS Mr. Garcia's sentencing is currently scheduled for Tuesday, February 20, 2024, at 2:30 P.M., *see* Order, Dkt. 1135; and

      WHEREAS that time is no longer convenient for the Court;

      IT IS HEREBY ORDERED that Mr. Garcia's sentencing is adjourned until **Friday, March 1, 2024, at 2:30 P.M.**

**SO ORDERED.**

Dated: February 8, 2024
      New York, NY

                                                      **VALERIE CAPRONI**
                                                      **United States District Judge**