USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 03/01/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
UNITED STATES OF AMERICA       :
            :      19-CR-862 (VEC)
    -against-        :
            :      <u>ORDER</u>
JONATHAN GARCIA,       :
            :
           Defendant.   :
------------------------------------------------------------- X

VALERIE CAPRONI, United States District Judge:

WHEREAS on March 1, 2024, the Defendant requested a change of counsel.

IT IS HEREBY ORDERED that Megan Bennett is hereby appointed to represent Mr. Garcia pursuant to the Criminal Justice Act. The Clerk of Court is respectfully directed to terminate Mr. DeMarco and Mr. Spilke from the docket.

IT IS FURTHER ORDERED that the sentencing hearing in this matter is ADJOURNED to **April 4, 2024, at 2:30 P.M.** in Courtroom 443 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York, 10007. The deadline for any supplemental submissions is **March 21, 2024**.

**SO ORDERED.**

**Dated: March 1, 2024**
      **New York, NY**                                                 **VALERIE CAPRONI**
                                                                **United States District Judge**